In the United States District Court
Northern District of Ohio
Eastern Division

| | |
|---|---|
| Clyde Whitehouse,<br>    Plaintiff, | Civil Action No. 1: 07-CV-444 |
| | The Hon. Judge Christopher Boyko |
| v. | |
| Medical Technology Resources, Inc., | Mag. Judge Kenneth McHargh |
| and | |
| Rick Bawsel,<br>    Defendants. | *Notice of Voluntary Dismissal* |

The plaintiff does hereby voluntarily dismiss the within action without prejudice, pursuant to F.R.Civ.P. 41(a)(1)(i).

/s/ William P. Lang
William P. Lang
Ohio Attorney Reg. No. 0008774
Attorney for Plaintiff
1300 West Ninth Street, #1301
Cleveland, OH 44113
Telephone: 216-469-9684
Fax: 866-679-1783
e-mail: billthelawyer@gmail.com

FILED
MAY 21 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

IT IS SO ORDERED.

5/21/07
DATE

Judge Christopher A. Boyko
United States District Court